

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DEANNA MARIE CASTILLO EVERETT, | § | No. 08-17-00260-CV |
| | § | Appeal from the |
| Appellant, | § | 394th District Court |
| v. | § | of Brewster County, Texas |
| HERMAN DWAYNE EVERETT, | § | (TC# 2017-06-B66-CV) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on Appellant's motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 22ND DAY OF JULY, 2019.


GINA M. PALAFOX, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.